# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>Mervin Alexander Fernandez<br>Defendant | MAGISTRATE JUDGE: Stacey D. Adams<br>CASE NO.: 24-MJ-8234<br>DATE OF PROCEEDINGS: 9-26-24<br>DATE OF ARREST: 9/26/2024 |

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS  [x] Charges/Penalties
- [ ] WAIVER OF COUNSEL
- [x] APPT. OF COUNSEL: [ ] AFPD  [x] CJA
- [ ] WAIVER OF HRG.: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [x] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [ ] Interpreter Sworn IN
- [x] Brady Order Read In
- [x] Waiver of Reading of Charging Document

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [x] BAIL SET: 100,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE:
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Alison Thompson - covering
DEFT. COUNSEL: Ray Greenman
PO/PTS:
INTERPRETER
Language:

TIME COMMENCED: 2:39 pm
TIME TERMINATED: 2:46 pm
CD NO: ECR

Sharay M. Featherstone
DEPUTY CLERK